IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


UNITED STATES OF AMERICA                                              PLAINTIFF


V.                              CASE NO. 15-CR-60001


ANGEL SERVIN                                                        DEFENDANT

### ORDER

Before the Court is Defendant Angel Servin's Motion for Early Termination of Supervised Release.  ECF No. 6.  The government has responded.  ECF No. 7.  The Court, being well and sufficiently advised that the government has no objection, finds that, in accordance with 18 U.S.C. § 3583(e)(1), the motion should be and hereby is **GRANTED** based upon Defendant's good behavior and in the interests of justice.  Accordingly, Defendant's term of supervised release is terminated.

**IT IS SO ORDERED**, this 8th day of January, 2016.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge